IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY KRICHAU, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3105 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* (Filing No. 5). The Court has reviewed the affidavit in support of the motion to proceed *in forma pauperis* and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 30th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court