IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
RODNEY KRICHAU,                  )
                                 )
              Plaintiff,         )          4:08CV3105
                                 )
        v.                       )
                                 )
MICHAEL J. ASTRUE,               )          ORDER
Commissioner of Social           )
Security Administration,         )
                                 )
              Defendant.         )
_____    )
```

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 15).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion to dismiss is granted.  This action is dismissed without prejudice.

DATED this 19th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court